J-LU LTD CO, et al.

v.

**WILL-DRILL RESOURCES, INC., et al.**

NO. 2016-CC-17 65

Supreme Court of Louisiana.

October 17, 2016

Applying for Supervisory and/or Remedial Writs, Parish of Beauregard, 36th Judicial District Court Div. A, No. C-2014-0383; to the Court of Appeal, Third Circuit, No. CW 16-00418

Denied.

**Ronald A. FERRARI**

v.

**NOLA RENEWAL GROUP, LLC**

NO. 2016–C–1238

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 13–4462; to the Court of Appeal, Fourth Circuit, No. 2015–CA–1020;

Denied.

**IN The INTEREST OF BASS**

NO. 2016-01240

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Pointe Coupee, 18th Judicial District Court Div. D, No. 45,458; to the Court of Appeal, First Circuit, No. 2015 CA 1680;

IN RE: State of Louisiana Through Louisiana Department of Justice;—Other;

Denied.

**Gustave J. LABARRE, Jr., et al**

v.

**OCCIDENTAL CHEMICAL COMPANY, et al**

NO. 2016–CC–1243

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Assumption, 23rd Judicial District Court Div. A, No. 33796; to the Court of Appeal, First Circuit, No. 2016 CW 0421

Denied.